## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

LAWRENCE E SIMPKINS,

      Plaintiff,

v.                                       CASE NO. 5:16-cv-00054-MP-CJK

JAMES BLACKWOOD, et al.,

      Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 12. I have made a de novo review based on those objections. The Court agrees that being housed in disciplinary segregation is not an atypical and significant hardship in the context of prison life. Therefore, plaintiff received all the process that was due in his disciplinary hearing. Also, the administrative procedures available to plaintiff were sufficient to allow him to overturn his disciplinary report. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted. The Clerk is directed to close the file.

      **DONE AND ORDERED** this *8th* day of November, 2016.

                                  *s/Maurice M. Paul*

                                 Maurice M. Paul, Senior District Judge